**ENOS, Plaintiff-Appellee, v. ENOS, Defendant-Appellant.**

Ohio Appeals, Second District, Franklin County.

No. 4022. Decided December 5, 1947.

Horace S. Kerr, Columbus, for plaintiff-appellee.
B. N. Murray, Columbus, for defendant-appellant.

## OPINION

By WISEMAN, PJ.

This is an appeal on law from the judgment of the Common Pleas Court, Division of Domestic Relations, Franklin County, Ohio, granting a decree of divorce to the plaintiff, and ordering a division of property.

Four grounds of error are assigned by the defendant-appellant, all of which would require the review of the evidence. In effect the contention is made that the judgment is contrary to the manifest weight of the evidence, is not sustained by sufficient evidence; and, is contrary to precedent.

The document filed in this Court and designated a "Bill of Exceptions" was not signed by the trial Judge on the ground that "it fails to embody the evidence sufficiently to give a true and full report".

In the absence of a bill of exceptions we are required to indulge in the presumption that there was sufficient evidence presented to support the judgment.

Finding no error in the record the judgment is affirmed.

MILLER and HORNBECK, JJ, concur.